**DENY and Opinion Filed July 15, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00572-CV**

**IN RE DISIERE PARTNERS, LLC, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08767**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

Before the Court is relator's July 15, 2021 petition for writ of mandamus. In the petition, relator challenges the trial court's May 20, 2021 order granting real party in interest's second motion to compel documents.

Relator's petition and record are not properly authenticated as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j) (requiring certification of factual statements in petition), 52.3(k) (requiring certified or sworn documents in the appendix); 52.7(a)(1) (requiring certified or sworn copy of record, as well as a properly authenticated transcript or statement that no testimony was adduced); *see also In re Butler*, 270 S.W.3d 757, 758–59 (Tex. App.—Dallas 2008, orig. proceeding) (denying petition for failing to comply with Rule 52's

authentication requirements). Accordingly, we deny the petition for writ of mandamus without prejudice to refiling a petition that satisfies the requirements of the Texas Rules of Appellate Procedure.


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE


210572F.P05